STATE OF CONNECTICUT *v.* JASMINE BEREIS

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 554 (AC 29420), is denied.

*Sebastian O. DeSantis,* special public defender, in support of the petition.

*Melissa Patterson,* deputy assistant state's attorney, in opposition.

Decided July 16, 2009

LOVIE DECHIO *v.* RAYMARK INDUSTRIES, INC., ET AL.

The petition by the defendant the second injury fund for certification for appeal from the Appellate Court, 114 Conn. App. 58 (AC 29461), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the workers' compensation review board's dismissal of the second injury fund's appeal from an order to pay workers' compensation benefits pursuant to General Statutes § 31-355, on the ground that the second injury fund's appeal was untimely?"

The Supreme Court docket number is SC 18413.

*Philip M. Schulz,* assistant attorney general, in support of the petition.

Decided July 16, 2009